### SCHOLL et v STERKEL

Ohio Appeals, 5th Dist, Richland Co

Decided Sept 26, 1933

C. H. Henkel, Mansfield, Lewis Brucker, Mansfield, and F. S. Culp, Mansfield, for plaintiffs in error.

Wm. F. Vogele, Mansfield, and N. M. Wolfe, Mansfield, for defendants in error.

For full opinion see 40 OLR 9; 189 NE 15; 46 Oh Ap 389.